UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS G. COPELAND,         ) | Case No.: 12-CV-03137-LHK |
|                             ) | |
|         Plaintiff,          ) | |
|     v.                      ) | |
|                             ) | ORDER TO FILE CONSENT OR |
| MICHAEL J. ASTRUE, COMMISSIONER, ) | DECLINATION TO PROCEED BEFORE |
| SOCIAL SECURITY ADMINISTRATION, ) | A MAGISTRATE JUDGE |
|                             ) | |
|         Defendant.          ) | |
|                             ) | |
|                             ) | |

Defendant filed a consent to proceed before a Magistrate Judge for all purposes, including trial and entry of judgment. *See* ECF No. 7. Accordingly, by August 1, 2012, Plaintiff shall file either a consent or declination to proceed before a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03137-LHK
ORDER TO FILE CONSENT OR DECLINATION TO MAGISTRATE JUDGE