**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS G. COPELAND, ) | Case No.: 12-CV-03137-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER REFERRING CASE FOR |
| MICHAEL J. ASTRUE, COMMISSIONER, ) | REASSIGNMENT |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Both parties having consented to proceed before a Magistrate Judge for all purposes, the above-captioned case is hereby referred for reassignment to a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: July 26, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03137-LHK
ORDER REFERRING CASE FOR REASSIGNMENT