<div style="float:left">**United States District Court**<br/>For the Northern District of California</div>

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DENNIS G. COPELAND, | ) | Case No.: 12-CV-03137-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER REFERRING CASE FOR |
| MICHAEL J. ASTRUE, COMMISSIONER, | ) | REASSIGNMENT |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Both parties having consented to proceed before a Magistrate Judge for all purposes, the above-captioned case is hereby referred for reassignment to a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: July 26, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03137-LHK
ORDER REFERRING CASE FOR REASSIGNMENT